# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Alchemy Telco Solutions US, LLC, | Case No. 2:26-cv-00433-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 7] |
| Lan Global, Inc., | |
| Defendant(s). | |

This case involves Alchemy's registration of a foreign judgment against Lan Global. *See* Docket No. 1. Pending before the Court is a stipulation regarding an agreement between Alchemy and non-party Midwest concerning the release of seized property, relief to which Lan Global also consents. *See* Docket No. 7.[1] The Court **GRANTS** the stipulation. Pursuant to the agreed upon terms, Alchemy shall deliver and release the seized property and deliver to Midwest within five business days following issuance of this order for the benefit of Midwest. Such release shall be without setoff or reduction in any kind or nature whatsoever of the judgment and shall thereafter have no further obligation or responsibility with respect to the seized property.

As it appears there is no other matter requiring resolution, the Court **INSTRUCTS** the Clerk's Office to close this civil case. The Court also **INSTRUCTS** the Clerk's Office to reopen the miscellaneous case (2:25-ms-00023). Any further filings must be made in the miscellaneous case.

IT IS SO ORDERED.

Dated: May 4, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This matter was proceeding as a miscellaneous case, but was converted into a civil case upon the filing of this stipulation. *See* Docket No. 8.

1